1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      Case No.: EDCR02-12VAP
                                       )
12                      Plaintiff,     )      ORDER OF DETENTION PENDING
                                       )      FURTHER REVOCATION
13            v.                       )      PROCEEDINGS
    JOE ORNELAS,                       )      (FED. R. CRIM. P. 32.1(a)(6); 18
14                                     )      U.S.C. § 3143(a)(1))
                                       )
15                      Defendant.     )
    _____)

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the CENTRAL District of

18  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19  supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (X)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            (X)    information in the Pretrial Services Report and Recommendation

26            (X)    information in the violation petition and report(s)

27            (X)    the defendant's nonobjection to detention at this time

28            ()     other:

1

2        and/ or

3 B. (X)     The defendant has not met his/her burden of establishing by clear and

4              convincing evidence that he/she is not likely to pose a danger to the safety

5              of any other person or the community if released under 18 U.S.C.

6              § 3142(b) or (c).  This finding is based on the following:

7              (X)        information in the Pretrial Services Report and Recommendation

8              (X)        information in the violation petition and report(s)

9              (X)        the defendant's nonobjection to detention at this time

10              ()        other:

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated:  October 26, 2018

                                                      _____

15                                                       KENLY KIYA KATO
                                               United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28